# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# www.alsb.uscourts.gov

**In re:**

**THOMASBORO LANDCO, LLC,**

    **Debtor.**

    **Chapter 11**

    **Case No. 22-10260**

_____/

## NOTICE OF APPEARANCE OF MATTHEW W. BUCKMILLER

Matthew W. Buckmiller of the law firm of Buckmiller, Boyette & Frost, PLLC, hereby gives notice of his appearance in the above-captioned Chapter 11 case on behalf of Stone Farm Investment, LLC, OIB Holdings, LLC, OI Investment Properties, LLC, DW Legacy Assets, LLC, LW Legacy Assets, LLC, and DeCarol Williamson and LaDane Williamson as Trustees of the Virginia Alma Williamson Trust Under the Will of Odell Williamson dated September 9, 2010 (hereinafter "Creditors") and requests that all notices, pleadings, and correspondence in this case be served upon the undersigned.

This 12th day of April, 2022.

    **BUCKMILLER, BOYETTE & FROST, PLLC**

    BY: s/Matthew W. Buckmiller
    MATTHEW W. BUCKMILLER, NCSB No. 35194
    mbuckmiller@bbflawfirm.com
    4700 Six Forks Road, Suite 150
    Raleigh, North Carolina 27609
    TEL:  (919) 296-5040
    FAX:  (919) 977-7101
    *Attorneys for Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Appearance of Matthew W. Buckmiller* has been furnished on this 12th day of April, 2022, by either the Court's CM/ECF electronic mail system or by U.S. Mail to all creditors and parties in interest on the mailing matrix.

**BUCKMILLER, BOYETTE & FROST, PLLC**

BY: s/Matthew W. Buckmiller
MATTHEW W. BUCKMILLER, NCSB No. 35194
mbuckmiller@bbflawfirm.com
4700 Six Forks Road, Suite 150
Raleigh, North Carolina 27609
TEL: (919) 296-5040
FAX: (919) 977-7101
*Attorneys for Creditors*